UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LAUREL SORREL, individually and as representative of the ESTATE OF ANGELICA GERALDINE SORREL, deceased,<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Defendant and Counter Plaintiff. | EP-22-CV-00449-FM |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Joint Stipulation of Dismissal with Prejudice" [ECF No. 10], filed June 7, 2023, by the parties jointly. The parties may dismiss an action without a court order by filling "a stipulation of dismissal signed by all parties who have appeared."[1] The effect of which is dismissal without prejudice unless stated otherwise. In this case, a stipulation was filed and signed by all parties who have appeared. Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. All pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this __8__ day of **June 2023.**

_____
FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] FED. R. CIV. P. 41(a)(1)(A)(ii).

1